United States District Court
Southern District of Texas

**ENTERED**

May 18, 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **AUDRY L. RELEFORD JR.,** *et al,* | § | |
| | § | |
| **Plaintiffs,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:14-CV-02810** |
| | § | |
| **CITY OF HOUSTON,** *et al,* | § | |
| | § | |
| **Defendants.** | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by e-mail that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 18th day of May, 2017.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE